Alfred E. Spink, Administrator., Etc.

*v.*

State of Illinois.

*Opinion filed September 20, 1920.*

Inheritance Tax—*when claimant entitled to a refund.* Where an inheritance tax has been erroneously paid and claimant complies with the provisions of the statute, he is entitled to a refund of the tax erroneously paid.

Edward J. Brundage, Attorney General, for State.

Alfred E. Spink, administrator of the estate of John Borden, deceased, erroneously paid $3,328.05, inheritance tax in excess of what was lawfully required to do.

The proper order was later made by County Court to enable him to collect of the State the amount so erroneously paid.

Proper demand was made by claimant for such refund and not being paid he asks this Court for re-imbursement for above amount.

The facts are stipulated by parties to the suit, and the State admits its liability to claimant in said claim for amount in declaration named.

The claim is just and should be paid.

The Court accordingly finds for claimant and against defendant in the sum of $3,328.05, and recommends payment of same.